[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 21-10249

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRANDON WILMOT REAMES,

Defendant-Appellant.

_____

No. 21-10250

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRANDON WILMOT REAMES,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Alabama

D.C. Docket Nos. 1:18-cr-00341-RDP-GMB-1

2:19-cr-00557-RDP-GMB-1

_____

Before ROSENBAUM, GRANT, and ANDERSON, Circuit Judges.

PER CURIAM:

Wilson F. Green, appointed counsel for Brandon Wilmot Reames in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reames's convictions and sentences are **AFFIRMED**.